IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 cr 44

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | |
| ) | ORDER |
| DALLAS TRAVOLTA McBRIDE, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to a letter (#24) sent by the Defendant to this Court dated October 11, 2015. In the letter, Defendant requests that the Court address a conflict of interest between himself and his attorney B. Todd Lentz. At the call of this matter on for hearing it appeared that Defendant was present with his attorney and the Government was present and represented through AUSA John Pritchard. The undersigned conducted an inquiry with the Defendant and the Defendant stated he wished for Mr. Lentz to continue to represent him. The undersigned questioned Defendant to see if there was any conflict of interest that might exist between the Defendant and Mr. Lentz and no conflict could be found.

In the letter, Defendant further requests that the Court rule upon any violations of his rights to a speedy trial which could substantiate grounds for dismissal. The undersigned has examined the file in this matter and does not find such grounds but

the undersigned declines to make a ruling on any such motion as they would have to be addressed by Defendant's counsel if they are meritorious. Having conducting an inquiry, the undersigned finds that Defendant wishes for Mr. Lentz to continue to represent him; that no conflict of interest exists; and should there be any grounds for dismissal based upon failure to grant Defendant a speedy trial, those will be addressed by motion of Mr. Lentz.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that any relief requested in the letter (#24) sent by Defendant to this Court is **DENIED.**

Signed: October 29, 2015

Dennis L. Howell
United States Magistrate Judge