IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 cr 44

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| DALLAS TRAVOLTA McBRIDE. | ) | |
| | ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion to Withdraw as Attorney of Record (#39) filed by Todd Lentz, retained counsel for the Defendant. At the call of this matter on for hearing, it appeared that Defendant was present with Mr. Lentz and the Government was present and represented through AUSA Tom Ascik. The undersigned conducted an inquiry with the Defendant and Mr. Lentz and has determined it is Defendant's wish that he be allowed to terminate his relationship as attorney/client with Mr. Lentz and has requested that counsel be appointed to represent Defendant.

Although it appears to the Court that the presentence report in this matter has been filed and there may be little time for a new attorney to be appointed, it does appear that since Mr. Lentz has been retained, the Defendant should be allowed to exercise his right to terminate his attorney's services.

1

# ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Withdraw as Attorney of Record (#39) is **ALLOWED** and Mr. Lentz his allowed to withdraw as attorney of record for the Defendant in this matter. Mr. Lentz is directed to provide to new counsel for the Defendant, who has been ordered to be appointed, any documents in his file that would benefit the defense of the Defendant in this case.

Signed: February 29, 2016

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge